In the Matter of NICHOLAS J. CASCONE et al., Respondents, v. FRANK J. CAMPANALE, Appellant

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.

In the Matter of ROBERTA EDMONDS, Petitioner, v. NATHAN BECKENSTEIN, as Director of the Brooklyn State Hospital, Respondent.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.